UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, , , , COUNTY OF ,

**Plaintiff / Petitioner:**
TTAN, LLC, a Utah limited liability company; and BRADLEY J. BOYLE, an individual,
**Defendant / Respondent:**
KYLE J. COPELAND, ET AL

**AFFIDAVIT OF SERVICE**

**Index No:**
**1:25-CV-00526**

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age. That on Thu, Sep 18 2025 AT 12:32 PM AT 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 deponent served the within VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL, , SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE, on KJC GLOBAL SYSTEMS C/O CORPORATION SERVICE COMPANY

[ ] **Personal service delivery:** By delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporate service delivery:** By serving the above on KJC GLOBAL SYSTEMS C/O CORPORATION SERVICE COMPANY a domestic corporation, by delivering a true copy thereof to Ikea Thomas who is the Intake Specialist , a person authorized to accept service.

[ ] **Partnership service delivery:** By serving the above on ________________ by delivering a true copy thereof to ________________ ________________ a person authorized to accept service.

[ ] **Substituted service delivery:** By delivering a true copy thereof to ________________ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode.

[ ] **Conspicuous service delivery:** by affixing a true copy of each to the door thereof, the deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat.

[ ] **Mailing:** On deponent enclosed a copy of same in a postage-paid sealed wrapped properly addressed to at ________________, First Class Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise. that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

[ ] **Military Service:** Deponent further states upon information and belief that said person so served is not in the Military Service of State of Delaware or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Sep 18, 2025, 12:32 pm EDT at 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 received by Ikea Thomas .

**Description:**
Age: 32 Skin Color: Afro American Gender: Female Weight: 180
Height: 5'8" Hair: Black Relationship: Intake Specialist
Other Black female

[signature]
Robert L Jones, Jr.

Sworn to before me on 09/18/2025

[signature]
Notary Public

ALDO RANGEL
Notary Public
State of Delaware
My Commission Expires on Dec 10, 2026