AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00526

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Scott Symington

was received by me on *(date)* 9-17-2025 .

☑ I personally served the summons on the individual at *(place)* 168 Lodge Hall Road Nolensville, TN 37135 on *(date)* 9-22-2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __________, who is designated by law to accept service of process on behalf of *(name of organization)* __________ on *(date)* __________ ; or

☐ I returned the summons unexecuted because __________ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-22-2025

[signature]
*Server's signature*

Scott M. Nance - Process Server
*Printed name and title*

[signature]
Scott M. Nance
2275 Knox Lane
White House, TN 37188
615-881-2306
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Idaho

| | |
|---|---|
| TTAN, LLC, a Utah limited liability company; and BRADLEY J. BOYLE, an individual,<br>*Plaintiff(s)*<br>v.<br>KYLE J. COPELAND, et al.,<br>*Defendant(s)* | Civil Action No. 1:25-cv-00526 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SCOTT SYMINGTON
168 Lodge Hall Road
Nolensville, TN 37135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: T. Jason Wood
Wood Law Group, PC
350 North 9th Street, Suite 500
Boise, ID 83702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES COURTS DISTRICT OF IDAHO

United States Courts
District of Idaho
**ISSUED**
*JocelynDunnegan*
*on Sep 12, 2025 10:24 am*

Date: September 12, 2025