Hailee Elledge (ISB No. 11516)
DORSEY & WHITNEY LLP
101 South Capitol Boulevard Suite 1100
Boise, ID 83702
Telephone: (208) 617-2550
Elledge.Hailee@dorsey.com

*Attorneys for Defendant Seven Holding Limited*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TTAN, LLC, a Utah limited liability company, and BRADLEY J. BOYLE, an individual,<br><br>       Plaintiffs,<br><br>     -vs-<br><br>KYLE J. COPELAND, an individual; PAUL SOUTHAM, an individual; DANIEN FEIER, an individual; SCOTT SYMINGTON, an individual, JIFU, LLC, an Idaho limited liability company; MANGO-JIFU, LLC, a Utah limited liability company; PINCAST, LLC, a Utah limited liability company; KJC GLOBAL SOLUTIONS, LLC, a Delaware limited liability company; DBGK HOLDINGS, LLC, a Tennessee limited liability company; SEVEN HOLDING LIMITED, a UAE foreign entity; and UNITED GLOBAL DMCC, a UAE foreign entity,<br><br>       Defendants. | Case No. 1:25-cv-00526-AKB<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Hailee Elledge of the firm of Dorsey & Whitney LLP, hereby gives notice of the entry of her appearance as attorney of record together for and on behalf of Defendant Seven Holding Limited in the above-captioned proceeding, and hereby requests that copies of any and all further pleadings, orders, documents, hearings and notices, as such may arise or affect said proceedings,

be served upon said attorney through CM/ECF.

DATED this 20th day of July, 2026.

DORSEY & WHITNEY LLP

*/s/ Hailee Elledge*
Hailee Elledge
*Attorney for Defendant Seven Holding Limited*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of July 2026, I served a true and correct copy of the within and foregoing with the Clerk of the Court using CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jason Wood                    jason@woodlaw.net
    *ATTORNEY FOR Plaintiffs*

Cole S. Cannon                cole@cannonlawgroup.com
Richard L. Jenson             lane@cannonlawgroup.com
    *ATTORNEY FOR Defendants Kyle J. Copeland, Paul Southam, Scott Symington, JIFU, LLC, MANGO-JIFU, LLC, PINCAST, LLC, KJC GLOBAL SOLUTIONS, LLC, and DBGK HOLDINGS, LLC*


            */s/ Hailee Elledge*
            Hailee Elledge