# AFFIDAVIT OF SERVICE

| **Case:**<br>1:25-cv-00526 | **Court:**<br>UNITED STATED DISTRICT COURT | **County:**<br>DISTRICT OF IDAHO | **Job:**<br>16590489 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>TTAN, LLC, a Utah limited liability company; and BRADLEY J. BOYLE, an individual, | | **Defendant / Respondent:**<br>KYLE J. COPELAND, et al., | |
| **To be served upon:**<br>Kyle Copeland or Kimberly Copeland | | | |

I, Ray Christensen, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I declare under penalty of perjury that everything stated in this document is true and correct.

**Recipient Name / Address:** Kyle Copeland, 175 N. Applewood Drive, Alpine, Utah 84004
**Manner of Service:** Personal/Individual, Aug 12, 2026, 11:20 am MDT
**Documents:** SUMMONS IN A CIVIL ACTION (Unity Global DMCC); VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

**Additional Comments:**
1) Successful Attempt: Aug 12, 2026, 11:20 am MDT at 175 N. Applewood Drive, Alpine, Utah 84004 received by Kyle Copeland. Age: 45; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 6'0"; Hair: Brown;

08/14/2026

Ray Christensen
R113281

**Date**

ICU Investigations, LLC
250 N Red Cliffs Dr, #4B-275
Saint George, UT 84790
435-986-1200