Hailee Elledge (ISB No. 11516)
DORSEY & WHITNEY LLP
101 South Capitol Boulevard Suite 1100
Boise, ID 83702
Telephone: (208) 617-2550
Facsimile: (208) 567-4992
Elledge.Hailee@dorsey.com

Bryon Benevento (*pro hac vice*)
Kimberly Neville (*pro hac vice*)
DORSEY & WHITNEY LLP
111 S. Main St., Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360

*Attorneys for Defendant Seven Holding Limited*
*Attorneys for Defendant Unity Global DMCC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

TTAN, LLC, a Utah limited liability company, and BRADLEY J. BOYLE, an individual,

Plaintiffs,

v.

KYLE J. COPELAND, an individual; PAUL SOUTHAM, an individual; DANIEN FEIER, an individual; SCOTT SYMINGTON, an individual, JIFU, LLC, an Idaho limited liability company; MANGO-JIFU, LLC, a Utah limited liability company; PINCAST, LLC, a Utah limited liability company; KJC GLOBAL SOLUTIONS, LLC, a Delaware limited liability company; DBGK HOLDINGS, LLC, a Tennessee limited liability company; SEVEN HOLDING LIMITED, a UAE foreign entity; and UNITED GLOBAL DMCC, a UAE foreign entity,

Defendants.

Case No. 1:25-cv-00526-AKB

**NOTICE OF SPECIAL APPEARANCE TO OBJECT TO RETURN OF SERVICE**

Defendant Unity Global DMCC ("Unity"), by and through their attorneys of record, Dorsey & Whitney, LLP, hereby enters a special appearance for the sole purpose of objecting to the Affidavit of Service filed by the Plaintiffs on or about August 18, 2026 (Dkt. 64). The basis for this objection is three-fold:

First, service of process was inappropriately attempted in violation of this Court's Order Granting Motion to Compel Arbitration dated April 17, 2026 (Dkt. 56). That Order provides that "[t]his case is stayed pending arbitration." *Id.* at p.8, ¶ 11. Thus, it is inappropriate for the Plaintiff to attempt service in a stayed action as the Court has prohibited any further activity outside of the mandated arbitration. The prior Order should be enforced, and no further answer or motion should be required unless the Court lifts its stay.

Second, the Plaintiffs' attempt to serve Unity does not conform to Rule 4 of the Federal Rules of Civil Procedure, nor does it comply with the laws of the United Arab Emirates ("UAE"), where Unity is organized and located. The Affidavit of Service states that Plaintiffs have attempted to effect service upon Unity by serving Kyle Copeland, an individual located in Utah. (Dkt. 64). Mr. Copeland has not been appointed as a registered agent for purposes of accepting service for Unity, nor is he authorized to accept service on behalf of the company. Moreover, the method of service does not appear to comply with the laws of the UEA, which require service to be perfected by specific court personnel or authorized officials; mandatory translations; and service to be perfected upon named local agents of the company. Unity is not waiving its rights to the protections and due process afforded under the laws of the UAE, and as such, service has not been perfected.

Third, Unity has previously entered a special appearance in the Court-ordered Arbitration of this matter, for the sole purpose of contesting both personal jurisdiction and subject matter

jurisdiction. Unity has no contacts with the State of Idaho and does not maintain a registered agent or corporate presence in this forum. It does not have the requisite minimum contacts to be hailed into jurisdiction in this forum. The arbitrator has entered a briefing schedule to address Unity's motion in the arbitration proceedings.

For these reasons, no further answer or response should be required of Unity until the jurisdictional issues are resolved in the Court-ordered Arbitration, or until such time as the Court has lifted its prior Order staying this action.

DATED this 2nd day of September, 2026.

DORSEY & WHITNEY LLP

*/s/ Hailee Elledge*
Hailee Elledge
Bryon J. Benevento (*pro hac vice*)
Kimberly Neville (*pro hac vice*)
*Attorneys for Defendants Seven Holding Limited and Unity Global DMCC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of September 2026, I served a true and correct copy of the within and foregoing with the Clerk of the Court using CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jason Wood — jason@woodlaw.net
*ATTORNEY FOR Plaintiffs*

Cole S. Cannon — cole@cannonlawgroup.com
Richard L. Jenson — lane@cannonlawgroup.com
*ATTORNEY FOR Defendants Kyle J. Copeland,*
*Paul Southam, Scott Symington, JIFU, LLC,*
*MANGO-JIFU, LLC, PINCAST, LLC,*
*KJC GLOBAL SOLUTIONS, LLC,*
*and DBGK HOLDINGS, LLC*

*/s/ Hailee Elledge*
Hailee Elledge